UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAWS UP RANCH, LLC,<br><br>           Plaintiff(s),<br><br>vs.<br><br>ALTIUM DEVELOPMENT GROUP, LLC, et al.,<br><br>           Defendant(s). | Case No. 2:14-cv-01407-RCJ-NJK<br><br>ORDER DENYING PROPOSED DISCOVERY PLAN<br><br>(Docket No. 35) |

      Pending before the Court is the parties' Proposed Discovery Plan and Scheduling Order, Docket No. 35, which is **DENIED** for the reasons discussed below. Proposed discovery plans must state the number of days sought for discovery <u>calculated from the date the first defendant answers or otherwise appears</u>. Local Rule 26-1(e)(1). The parties failed to do so and instead provide themselves with more than the presumptively reasonable 180-day discovery period by calculating the discovery cut-off based on the date of the Rule 26(f) conference. As the parties fail to explain why more than a properly calculated 180-day discovery period is needed in this case, their discovery plan is **DENIED** without prejudice. The parties shall file, no later than October 21, 2014, a proposed discovery plan that complies with the Local Rules.

      IT IS SO ORDERED.

      DATED: October 16, 2014

                                                                                                 _____<br>
                                                                                      NANCY J. KOPPE<br>
                                                                                      United States Magistrate Judge