UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAWS UP RANCH, LLC, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> ALTIUM DEVELOPMENT GROUP, LLC, et al., ) <br> ) <br> Defendant(s). ) | Case No. 2:14-cv-01407-RCJ-NJK <br><br> ORDER <br><br> (Docket Nos. 29, 71) |

Pending before the Court is a motion to stay discovery filed by Defendants JOGAR LLC, Barry Edmonson, Merit Gaming Group, LLC, Joseph Canfora, Theresa Canfora, and Joseph and Theresa Canfora Trust. Docket No. 29. The moving Defendants seek a stay of discovery pending resolution of their motion to dismiss. Plaintiff filed a response in opposition, and the moving Defendants filed a reply. Docket Nos. 44, 47. Also pending before the Court is a motion to extend discovery deadlines, filed by Plaintiff. Docket No. 71. In that motion, Plaintiff asserts that, *inter alia*, it is amenable to a 60-day stay of discovery. *See id.* at 6. In short, the moving Defendants and Plaintiff all agree to at least a 60-day stay of discovery. The Court finds that such a stay furthers the just, speedy and inexpensive resolution of this case. *See* Fed. R. Civ. P. 1. As such, the Court hereby **STAYS** discovery in this case until February 16, 2015.[1] At that time,

---

[1] Defendant Altium Development Group did not join in the instant motion to stay, but filed a separate motion to stay on other grounds. *See* Docket No. 53. The Court expresses no opinion herein as to the merits of Altium's separate motion to stay. Nonetheless, in the interests of efficiency and to control its docket, the Court finds that the 60-day stay of discovery should also apply to Altium.

the parties must submit a joint status report providing their respective positions on whether the stay should be lifted or should continue.

In light of this order, the Court hereby **DENIES** as moot the motion to stay (Docket No. 29) and the motion for extension (Docket No. 71).

IT IS SO ORDERED.

DATED: December 15, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge