**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAWS UP RANCH, LLC, <br> Plaintiff(s), <br> vs. <br> ALTIUM DEVELOPMENT GROUP, LLC, et al., <br> Defendant(s). | Case No. 2:14-cv-01407-RCJ-NJK <br> ORDER <br> (Docket No. 53, 54) |

Pending before the Court is Defendant Altium Development Group, LLC's motion brought pursuant to Fed. R. Civ. P. 41(d). *See* Docket Nos. 53, 54. The Court hereby SETS that motion for hearing for 2:00 p.m. on January 12, 2015, in Courtroom 3B.

IT IS SO ORDERED.

DATED: December 17, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge