1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

PAWS UP RANCH, LLC,                              )

11                                                                    )        Case No. 2:14-cv-01407-RCJ-NJK

                        Plaintiff(s),                    )

12                                                                    )        ORDER

vs.                                                              )

13                                                                    )

ALTIUM DEVELOPMENT GROUP, LLC, et al.,   )

14                                                                    )

                        Defendant(s).                  )

15    _____)

16              In light of the order remanding this case to state court, Docket No. 80, the Court hereby

17    VACATES the hearing set for 2:00 p.m. on January 12, 2015, in Courtroom 3B.

18              IT IS SO ORDERED.

19              DATED:   January 6, 2015

20

21                                                        _____
                                                          NANCY J. KOPPE

22                                                        United States Magistrate Judge

23

24

25

26

27

28